198 So. 879

**Beatrice SHAW v. STATE.**
**2 Div. 692.**

Court of Appeals of Alabama.
Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

193 So. 893

**Norman SHIPMAN v. STATE.**
**8 Div. 983.**

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

199 So. 915

**Mattie SHIRLEY v. STATE.**
**6 Div. 554.**

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

197 So. 902

**George W. SHIVER v. STATE.**
**4 Div. 571.**

Court of Appeals of Alabama.
April 24, 1940.

E. C. Boswell, of Geneva, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Remanded to trial court for further consideration by consent of parties.

199 So. 915

**Jason SHORTER v. STATE.**
**4 Div. 627.**

Court of Appeals of Alabama.
Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.